FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 2 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA11-321M |
| Andy Miller | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of **def** , IT IS ORDERED that a detention hearing is set for **Monday, June 27, 2011** , at **1:45** ☐ a.m. / ☒ p.m. before the Honorable **Robert N. Block** , in Courtroom **6B** .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **6/24/11**

_____
ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge